# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT HUNTINGTON

**DAVID ULLOM,**

  **Plaintiff,**

**v.**

**RUST-OLEUM CORPORATION,**

  **Defendant.**

Civil Action No. 3:22-cv-00255

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Plaintiff, David Ullom, by his counsel, Hoyt Glazer, Esq. of Glazer Saad Anderson L.C. and the Defendant, Rust-Oleum Corporation file this joint Stipulation of Dismissal of all claims with prejudice against the Defendant Rust-Oleum Corporation.

STIPULATED and AGREED this 4th day of August 2023

| | |
|---|---|
| **DAVID ULLOM,** <br> **By Counsel,** | **RUST-OLEUM CORPORATION,** <br> **By Counsel,** |
| s/Hoyt Glazer <br> Hoyt Glazer, Esq. (WVSB #6479) <br> Glazer Saad Anderson L.C. <br> 320 Ninth Street, Suite B <br> Huntington, WV 25701 <br> *Attorney for Plaintiff, David Ullom* | s/Vaughn K. Schultz <br> Vaughn K. Schultz, Esq. <br> Dickie, McCamey & Chilcote, P.C. <br> Two PPG Place, Suite 400 <br> Pittsburgh, PA 15222-5402 <br> *Attorney for Defendant, Rust-Oleum Corporation* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT HUNTINGTON

**DAVID ULLOM,**

    **Plaintiff,**

Civil Action No. 3:22-cv-00255

**v.**

**RUST-OLEUM CORPORATION,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Hoyt Glazer, certify that on August 4, 2023, I uploaded the preceding Stipulation of Dismissal, which will provide notice to the following registered counsel in this case:

> Vaughn K. Schultz, Esq.
> Katlyn A. Stone, Esq.
> Dickie, McCamey & Chilcote, P.C.
> Two PPG Place, Suite 400
> Pittsburgh, PA 15222-5402
> *Attorneys for Defendant, Rust-Oleum Corporation*

s/Hoyt Glazer
Hoyt Glazer (WV Bar #6479)
GLAZER SAAD ANDERSON L.C.
320 Ninth Street, Suite B
Huntington, WV 25701
T. 304-522-4149
F. 800-879-7248
hoyt@gsalaw-wv.com